

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

    Petitioner,

VS.                                                   No. 04-1210-T/An

RONALD K. TAYLOR,

    Respondent.

## **ORDER ADJUDICATING PLAINTIFF RONALD K. TAYLOR IN CONTEMPT**

The Court finding: (1) that Respondent, Ronald K. Taylor, having received a true and correct copy of this Court's Order, dated September 2, 2004, which enforced an Internal Revenue Service summons, and required that Ronald K. Taylor appear before IRS Agent Thomas Wyant, or other authorized officer of the Internal Revenue Service, at the time and place to be designated by IRS Agent, Thomas Wyant, then and there be sworn, to give testimony and produce for examination and copying each and every book and record demanded by the summons; and (2) that Ronald K. Taylor was duly served with a copy of the February 20, 2005, Order to Show Cause why he should not be held in contempt and incarcerated; along with the United States' motion and declaration.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/26/05

49

ORDERED, ADJUDGED AND DECREED that Respondent, Ronald K. Taylor, is in wilful contempt of this Court's Order for failure to obey the February 10, 2005, Order requiring him to comply with the Internal Revenue Service summons, and it is further

ORDERED, ADJUDGED AND DECREED that Ronald K. Taylor be incarcerated and held in jail until he demonstrates full and complete compliance with the Internal Revenue Service summons. However, because of the condition of his wife, Mrs. Bernice Taylor, Mr. Taylor is given thirty-days (August 22, 2005) to report. If within that thirty-day period, the Court receives a motion of either party indicating that Mr. Taylor has fully complied, the Court will reconsider the terms of the jail sentence.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 22 July 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 1:04-CV-01210 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Richard L. Finney
HARDEE MARTIN DAUSTER & DONAHOE
213 E. Lafayette
Jackson, TN 38301

Charles M. Flesch
US DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Dashiell C. Shapiro
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

Honorable James Todd
US DISTRICT COURT