IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 04-1210-T/An |
| | ) | |
| RONALD K. TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

---

ORDER GRANTING MOTION TO PURGE CIVIL CONTEMPT
AND CANCEL ORDER FOR INCARCERATION

---

At a show cause hearing on July 21, 2005, defendant Ronald K. Taylor was found in contempt of Court for his failure to obey the Court's prior order enforcing an Internal Revenue Service summons. The Court ordered that the defendant must surrender himself to the United States Marshal for incarceration on August 22, 2005, but stated that the incarceration order would be reconsidered if the IRS advised that Taylor had complied with the summons before that date. Subsequently, the Court postponed the defendant's surrender date until October 17, 2005.

On October 13, 2005, the IRS filed a motion to purge Mr. Taylor's contempt and cancel the order for incarceration. The IRS indicates that Mr. Taylor has substantially complied with the Court's order enforcing the IRS summons. Therefore, the motion is

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __10/18/05__

GRANTED. The finding of contempt against Ronald K. Taylor is hereby purged, and the order to surrender for incarceration on October 17, 2005 is cancelled.

The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_14 October 2005_
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 1:04-CV-01210 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Richard L. Finney
HARDEE MARTIN DAUSTER & DONAHOE
213 E. Lafayette
Jackson, TN 38301

Dashiell C. Shapiro
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

Charles M. Flesch
US DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Honorable James Todd
US DISTRICT COURT